IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Herbert Brent Winger, as a Representative of the heirs-at-law of Bart Winger, deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | **ORDER RE ADMISSION PRO HAC VICE** |
| vs. | ) ) | |
| Ryan C. Rainey, | ) ) | Case No. 1:14-cv-134 |
| Defendant. | ) | |

Before the court is a motion for attorney Dennis P. Wilkinson to appear *pro hac vice* on plaintiff's behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Dennis P. Wilkinson has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the plaintiff's motion (Docket No. 8) is **GRANTED**. Attorney Dennis P. Wilkinson is admitted to practice before this court in the above-entitled action on behalf of the plaintiff.

**IT IS SO ORDERED.**

Dated this 12th day of November, 2014.

                                                */s/ Charles S. Miller, Jr.*
                                                Charles S. Miller, Jr.
                                                United States Magistrate Judge